# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN MORGAN,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC.; DEPUY ORTHOPAEDICS, INC.; and THOMAS SCHMALZRIED, M.D., and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:13 cv-05068-MEJ<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**<br><br>Complaint served: October 2, 2013<br>Removed: October 30, 2013<br>Current Response Date: December 6, 2013<br>Agreed Response Date: 21 days after ruling on pending motions |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Thomas Schmalzried, M.D. ("Defendant") hereby requests, and Plaintiff Kathleen Morgan, ("Plaintiff") hereby agrees to Defendant's request for an extension of time for Defendant to file a response to Plaintiff's Complaint as follows:

WHEREAS, Plaintiff's Complaint was filed in state court on September 27, 2013 and Defendant was served on or about October 2, 2013;

WHEREAS, this matter was removed to this court by the other defendants on October 30, 2013;

WHEREAS, Defendant and Plaintiff previously stipulated to a 30-day extension of time for Defendant to respond up to December 6, 2013;

WHEREAS, since the above noted stipulation was filed, the following has occurred in this matter:

1) On November 13, 2013, DePuy filed a Motion to Stay pending transfer to MDL No. 2244, which Plaintiff intends to oppose. The stay motion is set for hearing on March 7, 2014.

2) On November 12, 2013, Plaintiff filed a Motion to Remand this action to the Superior Court for the County of San Francisco. DePuy will oppose the remand motion. Subsequently, the Court issued an Order to Strike Plaintiff's Motion to Remand.

WHEREAS, all of the issues described above remain unresolved at present, leaving doubt as to which court this matter will ultimately be litigated in and what manner of response would be consistent with the rules and procedures of that court. Given the pending motions and conditional transfer order, it appears this matter will not be litigated in the Northern District of California in any case.

WHEREAS, Defendants requests, and plaintiff agrees to, a further extension of time to respond to Plaintiff's complaint until 21 days after this Court enters an Order on the pending Motions described above.

THEREFORE, the parties agree that the response of Defendant Thomas Schmalzried, M.D., to the Complaint shall be due 21 days after this Court enters an Order on the pending Motions described above.

**IT IS SO ORDERED.**

**DATED:** December 5, 2013

_____
**Judge of the United States District Court**